**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| Leonard Giacabetti | : | Chapter 13 |
| Diane H. Giacabetti | : | Case No. 16-18083-MDC |
| Debtor(s) | : | |

**O R D E R**

AND NOW, this ____ day of _____ 2022, upon consideration of the Motion to Vacate the Order Closing the Chapter 13 Case without Discharge, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order Dismissing the Chapter 13 Case is hereby VACATED.

FURTHER ORDERED:


_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE