IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Leonard Giacabetti | : | Chapter 13 |
| Diane H. Giacabetti | : | Case No. 16-18083-MDC |
| Debtor(s) | : | |

## **AMENDED ORDER**

AND NOW, this ____ day of _____ 2022, upon consideration of the Motion to Vacate the Order Closing the Chapter 13 Case without Discharge, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order Closing the Chapter 13 Case without Discharge is hereby VACATED, and an Order of Discharge can be issued on behalf of the debtor Leonard Giacabetti only.

FURTHER ORDERED:

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE